## WILBERT DRAUGHN *v.* WALLACE INTERNATIONAL SILVERSMITHS, INC., ET AL.
### (15324)

Dupont, C. J., and Landau and Hennessy, Js.

Submitted on briefs June 7—officially released July 16, 1996

Per Curiam. The judgment is affirmed.

## STATEWIDE PARKING, INC. *v.* LAZ PARKING, LIMITED
### (14522)

Lavery, Heiman and Schaller, Js.

Submitted on briefs June 10—officially released July 16, 1996

Per Curiam. The judgment is affirmed.

## PAMELA B. PRICE *v.* JOHN T. PRICE
## PAMELA B. PRICE ET AL. *v.* JOHN T. PRICE
### (15147)

Dupont, C. J., and O'Connell, Foti, Heiman and Hennessy, Js.

Submitted on briefs June 11—officially released July 16, 1996

Per Curiam. The judgments are affirmed.